UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 A 11: 33

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| WENDELL MINNIFIELD | : | CRIM. NO. 3:01CV1396(DJS) |
| PETITIONER. | : | |
| VS. | : | |
| WARDEN GOMEZ, COMMISSIONER OF CORRECTION | : | OCTOBER 17, 2003 |
| RESPONDENT. | | |

### OBJECTION TO MOTION TO DISMISS OR STAY PETITION FOR WRIT OF HABEAS CORPUS

The petitioner hereby objects to the respondent's Motion to dismiss the petition for a writ of habeas corpus on the grounds that the petition is untimely. This Objection is filed in response to the court's order of September 19, 2003, directing counsel for petitioner to file a response to respondent's motion to dismiss.

The reasons for this objection are more fully set forth in the accompanying memorandum of law.

RESPECTFULLY SUBMITTED,
DEFENDANT
WENDELL MINNIFIELD

BY: _____
MOSCOWITZ & KING, LLC
MICHAEL L. MOSCOWITZ
7 ELM STREET
NEW HAVEN, CT, 06510
TELEPHONE (203) 777-7602
FAX NO. (203) 777-7606
FEDERAL BAR NO.: CT07317

## CERTIFICATION

THIS IS TO CERTIFY that copies of the foregoing motion was mailed postage prepaid on this 17TH day of October, 2003, to the following named parties and counsel:

CAROLYN K. LONGSTRETH
SENIOR ASSISTANT STATE'S ATTORNEY
CIVIL LITIGATION BUREAU
OFFICE OF THE CHIEF STATE'S ATTORNEY
300 CORPORATE PLACE
ROCKY HILL, CT. 06067

WENDELL MIMMIFIELD
#239650
1153 East Street, South
MACDOUGAL CORRECTIONAL INSTITUTION
SUFFIELD, CT. 06080

MICHAEL L. MOSCOWITZ