UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDELL MINNIFIELD,
   Petitioner

                      :    CIVIL NO. 3:01CV1396(DJS)

v.                             :

WARDEN GOMEZ, COMMISSIONER    :    OCTOBER 30, 2003
OF CORRECTION,
   Respondent

## RESPONDENT'S OBJECTION TO EVIDENTIARY HEARING

The respondent hereby objects to an evidentiary hearing on the basis of the claims asserted for the first time in the petitioner's "Objection to Motion to Dismiss or Stay Petition for Writ of Habeas Corpus" dated October 17, 2003 insofar as the petitioner failed to present these claims in state court prior to relying upon them as a basis for equitably tolling the provisions of 28 U.S.C. § 2244(d).

The reasons supporting this objection are set forth more fully in the accompanying memorandum of law.

                            Respectfully submitted,

                            RESPONDENT

                            By: _____
                            JAMES A. KILLEN
                            Senior Assistant State's Attorney
                            Appellate Bureau
                            Office of the Chief State's Attorney
                            300 Corporate Place
                            Rocky Hill, CT 06067
                            Tel. (860) 258-5807
                            Fax. (860) 258-5828
                            Federal Bar No. ct 02058

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Michael L. Moscowitz, Esq., Moscowitz & King, LLC, 7 Elm Street, New Haven, CT 06510, Tel. (203) 777-7602, Fax. (203) 777-7606, on October 30, 2003.

JAMES A. KILLEN
Senior Assistant State's Attorney