CT/cvmlrg (October 17, 2001)

TOTAL TIME: ___ hours 25 minutes   DEPUTY CLERK Glynn   HONORABLE Squatrito   RPTR/ERO/TAPE Lamoureux

DATE 11/20/03   START TIME 1:45   END TIME 2:10
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Minnifield

vs.

Gomez

CIVIL NO. 3:01 CV 1396
§
§
§
§
§

Michael Moscowitz
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

James Killen
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #26  Motion to Dismiss ___ ☐ granted ☐ denied ☒ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

☒ Respondent's memo of law in opp. to pet claim for equitable tolling   ☒ filed ☐ docketed

☒ #33 mot to appoint cnsl.   Hearing ~~continued until~~ set for 11/25/03 at 2 pm