(HONORABLE _____ ) (T'ceiving October 17, 2001)

TOTAL TIME: ____ hours **15** minutes

DEPUTY CLERK _____    RPTR/ERO/TAPE _____

DATE **11/25/03**    START TIME **2:50**    END TIME **3:05**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Wendell Minnifield    CIVIL NO. **3:01**

§
§    Michael Moscow
§    Plaintiffs Counsel
vs.

□ SEE ATTACHED CALENDAR FOR COUNSEL
§
Gomez Warden    §    James A. Killer
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

| | | |
|---|---|---|
| ☒ (mhrgh) Motion Hearing | □ (confmhrg.) Confirmation Hearing | □ (showhrg.) Show Cause Hearing |
| □ (contmphrg.) Contempt Hearing | □ (evidhrg.) Evidentiary Hearing | □ (jgmdbexam.) Judgment Debtor Exam |
| □ (pchrg.) Probable Cause Hearing | □ (fairhrg.) Fairness Hearing | □ (stlmthrg.) Settlement Hearing |
| □ (mischrg.) Miscelaneous Hearing | | |

**MOTION DOCUMENT NO.**

| | | | | | |
|---|---|---|---|---|---|
| ☒ #33 | Motion to appoint Counsel | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | □ advisement |
| □ # | Motion | | □ granted | □ denied | |
| ☒ #33 | Oral Motion to withdraw #33 | 1 | ☒ granted | □ denied | □ advisement |
| □ | Oral Motion | | □ granted | □ denied | □ advisement |
| □ | Oral Motion | | □ granted | □ denied | □ advisement |
| □ | Oral Motion | | □ granted | □ denied | □ advisement |

□ ........ □ Brief(s) due _____ □ Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ | | □ filed □ docketed |
| □ ........ _____ Hearing continued until _____ at _____ | | |