UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 26  A 11: 07

WENDELL MINNIFIELD
3:01CV1396(DJS)

        PETITIONER.

VS.

WARDEN GOMEZ, COMMISSIONER
OF CORRECTION

        RESPONDENT.

DISTRICT COURT
HARTFORD, CT.

3:01cv 1396 DJS

JANUARY 23, 2004

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PETITIONER'S BRIEF

Pursuant to Rule 12 & 47 of the Rules of Criminal Procedure and Local Rule 9, the Petitioner moves this Court for an extension of time upon which to file Petitioner's Brief. Currently, January 13, 2004 was the date for submission of Petitioner's Brief. The Petitioner is requesting that it be extended to February 2, 2004 for the following reasons:

1. Attorney Michael L. Moscowitz went into the hospital December 3, 2003 for a Hip Replacement. However, after being released to a rehabilitation center, Attorney Moscowitz had to be hospitalized again for a blood clot.

2. His recovery period took longer than expect and he has only recently returned to work.

The State's Attorney, has no objection to this motion, this is the first time such request has been made to the Court.

RESPECTFULLY SUBMITTED,
DEFENDANT

BY: _____
MICHAEL L. MOSCOWITZ
MOSCOWITZ & KING, LLC
7 ELM STREET
NEW HAVEN, CT. 06510
(203) 783-9900
FEDERAL BAR NO.: CT07317

## CERTIFICATION

THIS IS TO CERTIFY that copies of the foregoing motion was mailed postage prepaid on this 23rd day of January, 2004 to the following:

James A. Killen
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067

Wendell Minnifield
#239650
1153 East Street, South
MacDougal Correctional Institution
Suffield, Ct. 06080

_____
MICHAEL L. MOSCOWITZ