UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WENDELL MINNIFIELD**<br>　　Petitioner | : |
| v. | : CIVIL NO.: 3:01cv1396(DJS) |
| **WARDEN GOMEZ, COMMISSIONER**<br>**OF CORRECTION**<br>　　Respondent | : |

### ORDER

The Motion for Enlargement of Time Within Which to File Petitioner's Brief (Doc. #40) is hereby **GRANTED to and including February 2, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this 26th day of January, 2004.

　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge