UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 29

U.S. DISTRICT COURT
HARTFORD, CT.

WENDELL MINNIFIELD
   Petitioner
      v.

WARDEN GOMEZ, and
COMMISSIONER OF CORRECTIONS
   Respondents

CASE NO. 3:01CV1396(DJS)

## JUDGMENT

This action having come on for consideration of the respondent, Warden Gomez motion to dismiss or stay the petition for writ of habeas corpus before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the motion and the full record of the case including the applicable principles of law, the Court filed a memorandum of decision granting respondents motion to dismiss, and denying the motion to stay. Petitioner Wendell Minnifield has not shown that any extraordinary circumstances exists that warrants equitable tolling of the one year statute of limitations on the filing of habeas corpus petitions in federal court. The petition is clearly barred by the stature of limitations. The respondent's motion to dismiss the petition is granted, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the respondents.

Dated at Hartford, Connecticut, this 29th day of March 2004.

KEVIN F. ROWE, Clerk

By _Terri Glynn_
Terri Glynn
Deputy Clerk

EOD_____