```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------X
WENDELL MINNIFIELD,                    CIVIL ACTION NO.
                                       3:01 CV 1396 (DJS)
        Petitioner,

        v.

WARDEN GOMEZ AND COMMISSIONER          NOTICE OF APPEAL
OF CORRECTIONS,
                                       APRIL 12, 2004
        Respondents.
---------------------------------X
```

Notice is hereby given that petitioner Wendell Minnifield hereby appeals to the United States Court of Appeals for the Second Circuit the Memorandum of Decision dated March 29, 2004 and entered on March 29, 2004, which granted respondents motion to dismiss the petition and from the Judgment dated March 29, 2004 and entered on March 29, 2004, which entered judgment in favor of defendants.  Copies of the Memorandum of Decision and the Judgment are attached hereto.

Dated:   April 12, 2004

                                PETITONER
                                WENDELL MINNIFIELD


                                _____
                                MICHAEL L. MOSCOWITZ
                                CT-07317
                                MOSCOWITZ & GIOVANNIELLO, LLC
                                7 Elm Street
                                New Haven, Ct 06510
                                (203) 777-7602
                                (203) 777-7606 (fax)

                                **Attorney for Petitioner**

**CERTIFICATION**

ThisThis is to certify that a copy of the forThis is to certify that mailed,mailed, postage pmailed, postage prepaid bymailed, postage prepaid April, 2004 to the following:

>Mr. Wendell Minnifield
>Inmate No. 239650
>Macdougal Correctional Institution
>1153 East Street South
>Suffield, Ct  06080
>
>Carolyn K. Longstreth, Esq.
>Chief State Attorney Office
>300 Corporate Place
>Rocky Hill, Ct  06067
>
>          - and
>
>James A. Killen
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill, Ct  06067

_____
Michael L. Moscowitz, Esq.