UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | |
|---|---|
| WENDELL MINNIFIELD | 3:01 CV 01396 (DJS) |
| V | |
| WARDEN GOMEZ AND COMMISSIONER OF CORRECTIONS | APRIL 20, 2004 |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/20/01 | 1 | MOTION to Proceed in Forma Pauperis | 1 |
| 07/20/01 | 2 | PETITION for writ of habeas corpus | 2 |
| 10/23/01 | 3 | ORDER | 3 |
| 11/07/01 | 4 | AMENDED PETITION | 4 |
| 11/13/01 | 5 | MOTION | 5 |
| 12/03/01 | 6 | ORDER TO SHOW CAUSE | 6 |
| 12/03/01 | 7 | RULING | 7 |
| 02/22/02 | 12 | MOTION by Gomez for More Definite Statement | 8 |

| | | | |
|---|---|---|---|
| 04/15/02 | 13 | RULING AND ORDER | 9 |
| 04/26/02 | 14 | AMENDED PETITION | 10 |
| 05/14/02 | 15 | MOTION | 11 |
| 05/14/02 | 16 | MOTION | 12 |
| 05/30/02 | 17 | ORDER TO SHOW CAUSE | 13 |
| 08/13/02 | 19 | MOTION | 14 |
| 08/13/02 | 20 | MEMORANDUM | 15 |
| 08/16/02 | 21 | RESPONSE | 16 |
| 08/16/02 | 22 | MOTION | 17 |
| 01/29/03 | 23 | MOTION for Reconsideration | 18 |
| 01/30/03 | 24 | RULING AND ORDER denying [19-1] motion to Dismiss | 19 |
| 02/25/03 | 25 | RESPONSE | 20 |
| 02/28/03 | 26 | MOTION TO DISMISS | 21 |
| 02/28/03 | 27 | MEMORANDUM | 22 |
| 07/01/03 | 28 | RULING | 23 |
| 10/10/03 | 33 | MOTION | 24 |
| 10/20/03 | 34 | OBJECTION | 25 |
| 10/20/03 | 35 | MEMORANDUM IN SUPPORT OF OBJECTION | 26 |
| 10/30/03 | 36 | MEMORANDUM IN OPPOSITION | 27 |
| 11/20/03 | 38 | MEMORANDUM IN OPPOSITION | 28 |
| 02/20/04 | 42 | MEMORANDUM IN OPPOSITION | 29 |

| Date | No. | Description | Page |
|---|---|---|---|
| 02/11/04 | 43 | SUPPLEMENTAL REPLY | 30 |
| 03/29/04 | 44 | ORDERING granting [26] Motion to Dismiss | 31 |
| 03/29/04 | 45 | JUDGMENT | 32 |
| 04/15/04 | 46 | NOTICE TO APPEAL | 33 |