```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------X
WENDELL MINNIFIELD,                CIVIL ACTION NO.
                                   3:01 CV 1396 (DJS)
        PETITIONER

        V.

WARDEN GOMEZ AND COMMISSIONER      MOTION FOR CERTIFICATE
                                   OF APPEALABILITY
OF CORRECTIONS,
                                   MAY 3, 2004
        RESPONDENTS
---------------------------------X
```

Petitioner Wendell Minnifield, through his undersigned counsel, requests that, pursuant to 28 U.S.C. §2253 (c) (2), the Court issue a certificate of appealability authorizing petitioner to appeal the Court s Memorandum of Decision dated March 29, 2004 and the Court s Judgment dated March 29, 2004. In support of that motion, petitioner states as follows:

 1. On November 7, 2001, petitioner filed his petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 on the grounds that his guilty plea was not knowing and voluntary, in violation of his constitutional rights.

 2. On March 29, 2004, the Court dismissed the petition as untimely.

 3. On April 12, 2004, petitioner filed a notice of appeal of the decision and judgment.

4.  On April 30, 2004, the Court of Appeals dismissed the appeal, without prejudice, because petitioner had not sought a certificate of appealability from the District Court.

5.  Petitioner has made a substantial showing that his constitutional rights were denied.  Petitioner alleges that his state court plea was unconstitutionally obtained.  Furthermore, he alleges that his Sixth Amendment right to counsel was denied by his former counsel s failure to properly advise him on the plea.

6.  Accordingly, the Court should issue a certificate of appealability.

Dated:    May 3, 2004

          **PETITIONER**
          **WENDELL MINNIFIELD**

          _____
          MICHAEL L. MOSCOWITZ
          MOSCOWITZ & GIOVANNIELLO, LLC
          7 ELM STREET
          NEW HAVEN, CT 06510
          203-777-7602

          **ATTORNEYS FOR PETITIONER**

**CERTIFICATION**

ThisThis is to certify tThis is to certify thaThis is to certify tha mailed,mailed, postage prepaid by first class mail on this 3$^{rrd}$ day of May, 2004 to the following:

```
            MR. WENDELL MINNIFIELD
            INMATE NO. 239650
            MACDOUGAL CORRECTIONAL INSTITUTION
            1153 EAST STREET SOUTH
            SUFFIELD, CT  06080

            CAROLYN K. LONGSTRETH, ESQ.
            CHIEF STATE ATTORNEY OFFICE
            300 CORPORATE PLACE
            ROCKY HILL, CT  06067

                - AND

            JAMES A. KILLEN
            OFFICE OF THE CHIEF STATE  S ATTORNEY
            300 CORPORATE PLACE
            ROCKY HILL, CT  06067
```

                    BY:  _____
                         Michael L. Moscowitz