UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WENDELL MINNIFIELD,** | |
| Petitioner | : CIVIL NO. 3:01CV1396(DJS) |
| **v.** | : |
| **WARDEN GOMEZ, COMMISSIONER OF CORRECTION,** | : MAY 12, 2004 |
| Respondent | |

### RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY

The respondent hereby opposes the petitioner's Motion for Certificate of Appealability. This court dismissed the petitioner's petition for a writ of habeas corpus on the grounds that (1) it clearly was untimely under 28 U.S.C. § 2254(d) and (2) the petitioner had failed to demonstrate that his case presents "rare and exceptional circumstances" which would allow the application of equitable tolling. This court's decision was fully consistent with the law and fails to present an issue upon which reasonable jurists could differ.

Accordingly, a certificate of appealability should not issue.

Respectfully submitted,

RESPONDENT

By: _____
JAMES A. KILLEN
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
FAX NO: (860) 258-5968
Federal Bar No. ct 02058

**CERTIFICATION**

    I hereby certify that a copy of this document was mailed to: Wendell Minnifield, Inmate No: 239650, Northern Correctional Institution, 287 Bilton Road, P.O. Box 665, Somers, Connecticut 06071, on this 12th day of May, 2004.

_____
JAMES A. KILLEN
Senior Assistant State's Attorney