**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

Date: 4/30/04
Docket Number: 04-2055-pr
Short Title: Minnifield v. Gomez
DC Docket Number: 01-cv-1396  DJS
DC: DISTRICT OF CONNECTICUT (NE
DC Judge: Honorable Dominic Squatri

FILED
APR 30 2004
U.S. COURT OF APPEALS
SECOND CIRCUIT

FILED
May 10   1 07 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DC Initials CTDC, New Have,

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 30th day of April two thousand four.

Wendell Minnifield,

   Petitioner-Appellant,

   v.                                                                 04-2055-pr

Gomez, Warden,

   Respondent-Appellee.

   A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof, it is

   **ORDERED** that the said appeal be, and it hereby is, dismissed without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability.

   In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, you are hereby directed to promptly move for a certificate of appealability in the district court.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Very truly yours,
Roseann B. MacKechnie, Clerk

By: 
Elizabeth Munoz
Deputy Clerk

Certified: APR 30 2004