UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WENDELL MINNIFIELD**         : | CASE NO.  3:01CV1396 (DJS) |
|     Petitioner                              : | |
|                                                        : | |
| - v -                                                      : | |
|                                                        : | |
| **WARDEN GOMEZ, COMMISSIONER**      : | |
| **OF CORRECTION,**                           : | |
|     Respondent                          : | |

## ORDER

The Motion for a Certificate of Appealability **[doc. #50]** is **GRANTED**. The petitioner, Wendell Minnifield, has made the substantial showing, required by 28 U.S.C. §2253(c)(2), that his constitutional rights may have been violated on the grounds that his guilty plea in Connecticut Superior Court was not knowing and voluntary and that he was denied his right to counsel.

The court certifies that the petitioner may appeal this court's ruling of March 29, 2004 dismissing his claims as time-barred by the one-year statute of limitations applicable pursuant to 28 U.S.C. §2254(d).

**IT IS SO ORDERED** at Hartford, Connecticut, this __8th__ day of June, 2004.

                                                       /s/DJS
                                **DOMINIC J. SQUATRITO**
                          **UNITED STATES DISTRICT JUDGE**